UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                      No. 2:21-CR-20009-001

BIANCA ROSA GARCIA ROMERO                                                        DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 48) from Chief United States Magistrate Judge Mark E. Ford. Defendant filed objections (Doc. 49). The Magistrate recommends the Court deny Defendant's motion (Doc. 40) to suppress. The Court has conducted a de novo review of the report and recommendation pursuant to Defendant's objections. 28 U.S.C. § 636(b)(1). Defendant's objections do not present new arguments of law or fact that require departure from the magistrate judge's findings. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion to suppress (Doc. 40) is DENIED.

IT IS SO ORDERED this 23rd day of July, 2021.

/s/P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE